■ In the Matter of RAE ANN Q. and Others, Children Alleged to be Neglected. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; THOMAS M., Appellant. [749 NYS2d 905] —In a child neglect proceeding pursuant to Family Court Act article 10, the appeal, as limited by the brief, is from so much of an order of fact-finding and disposition (one paper) of the Family Court, Suffolk County (Pach, J.), entered January 24, 2001, as, after a hearing, found that the subject children were neglected.

Ordered that the order of fact-finding and disposition is af-

firmed insofar as appealed from, without costs or disbursements.

The Family Court properly found that the appellant neglected the subject children (*see* Family Ct Act § 1046 [a] [vi]; [b] [i]). Testimony at the fact-finding hearing established that, on the occasion in question, the appellant and the children's mother were highly intoxicated in the presence of the children and a domestic disturbance ensued. A neglect finding therefore was warranted based on the appellant's abuse of alcohol, as well as his failure to protect the children from a substantial risk of harm due to their mother's abuse of alcohol (*see* Family Ct Act § 1012 [f] [i] [B]; § 1046 [a] [iii]; *Matter of Shyasia L.,* 286 AD2d 391; *Matter of Arthur C.,* 260 AD2d 478).

The appellant's remaining contention is without merit. Krausman, J.P., Friedmann, H. Miller and Cozier, JJ., concur.